CLEON ORTILLE WILLIAMS,

     Petitioner,

v.                                          Case No: 6:26-cv-1053-JSS-LHP

GARRET RIPA, MARKWAYNE
MULLIN, and LOUIS QUINONES,
JR.,

     Respondents.
_____/

## ORDER TO SHOW CAUSE

On May 13, 2026, Petitioner initiated this case by filing a verified petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1) and an emergency motion for a temporary restraining order and preliminary injunctive relief (Dkt. 2). These filings indicate that on May 9, 2026, Petitioner was "arrested by law enforcement based on the allegation that he was an undocumented immigrant," and he was "detained at the Orange County jail in Orlando, Florida, without a judicial warrant, or lawful authority, based solely on [a United States Immigration and Customs Enforcement (ICE)] immigration detainer." (Dkt. 1 ¶¶ 1–2; *accord* Dkt. 2 ¶¶ 1–2.) The filings seek to avoid Petitioner's transfer to ICE custody. (*See* Dkt. 1 ¶ 4; Dkt. 2 ¶ 17.) However, in response to the filings, Respondents report that "Petitioner was detained by ICE on May 19, 2026," and is being held pursuant to 8 U.S.C. § 1226, which entitles Petitioner to "a bond hearing should he request one." (Dkt. 8 at 2–3; *accord id.* at 1 ("Petitioner

should receive an individualized bond hearing.").)  *See Hernandez Alvarez v. Warden, Fed. Det. Ctr. Mia.*, Nos. 25-14065, 25-14075, 2026 WL 1243395, at *1–2, 2026 U.S. App. LEXIS 13180, at *4, *6 (11th Cir. May 6, 2026) (affirming the district court's holding that "the discretionary detention provisions found in [section] 1226 governed [the petitioners'] detention . . . , rendering each [petitioner] eligible for bond").  As Petitioner is now being held under section 1226 and may receive a bond hearing before an immigration judge upon request, Petitioner shall show cause in writing—on or before June 4, 2026—as to why his petition (Dkt. 1) and motion (Dkt. 2) should not be denied and this case should not be dismissed.  Petitioner's response shall fully comply with the Local Rules and shall explain its points with reference to binding and persuasive caselaw as appropriate.  (*Contra* Dkt. 9.)

    **ORDERED** in Orlando, Florida, on May 21, 2026.


_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record